AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE WILL COUNTY LOCAL 174
CARPENTERS PENSION TRUST FUND AND WILL
COUNTY LOCAL 174 WELFARE FUND,

**SUMMONS IN A CIVIL CASE**

Plaintiffs,

CASE NUMBER: 08CV2141

V.

ASSIGNED JUDGE: JUDGE MANNING

FIRST CARPENTER CONTRACTORS, INC., A
DISSOLVED ILLINOIS CORPORATION,

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE COX

Defendant.

TO: (Name and address of Defendant)

**FIRST CARPENTER CONTRACTORS, INC.**
c/o its registered agent, Lois Cannell Ramon
530 South State Street, Ste. 200
Belvidere, IL 61008

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald D. Schwartz
Philip Brzozowski
Arnold and Kadjan
19 West Jackson Blvd. Suite 300
Chicago, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_

(By) DEPUTY CLERK

April 15, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/1/08 @ 3:10 pm |
| NAME OF SERVER (PRINT) Brian Riebel | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
Served First Carpenter Contractors Inc % Reg Agent Lois Ramon at law office 530 S. State Ste 200, Belvidere by serve to Shelley Johnson (legal assistant) W/F 45 brown hair glasses

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/1/08
           Date                    Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.