Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2141 | DATE | 8/5/2008 |
| CASE TITLE | Trsts ov Will County Local 174 Carpenters Pension Trst Fd, et al. Vs. First Carpenter Contractors, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' oral motion for entry of default against defendant and for an order requiring defendant to turn over their books and records for audit is granted. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: rs