

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| TRUSTEES OF THE WILL COUNTY LOCAL | ) | |
| 174 CARPENTERS PENSION TRUST FUND | ) | |
| and WILL COUNTY LOCAL 174 WELFARE | ) | |
| FUND, | ) | |
|  | ) | No. 08 C 2141 |
| Plaintiffs, | ) | |
|  | ) | Judge Manning |
| v. | ) | |
|  | ) | Magistrate Judge Cox |
| FIRST CARPENTER CONTRACTORS, INC, | ) | |
| a dissolved Illinois Corporation, | ) | |
|  | ) | |
| Defendant. | ) | |

## ORDER

**THIS CAUSE** coming on to be heard on oral motion of Plaintiffs for entry of Default

against Defendant and for an Order requiring Defendant to turn over their books and records for

audit; the Court finds as follows:

1.      The Complaint was filed herein on April 15, 2008.

2.      Process has been served upon Defendant, FIRST CARPENTER

CONTRACTORS, INC.

3.      Defendant has filed no answer or other pleadings within the time provided by law.

4.      On June 5, 2008, this Court entered an order of default and audit against

Defendant on Plaintiffs' oral motion.

**IT IS HEREBY ORDERED**:

1.      Defendant is hereby defaulted and Judgment as to liability is entered against him

and in favor of Plaintiffs.

2.      Defendant is ordered to permit, within 30 days, an audit of his books and records

of Plaintiffs' auditor.  The audit will cover the period from January 1, 2004 to the

present.

3.      Defendant is ordered to produce the following records beginning as of January 1,

2004, for examination by Plaintiffs' auditor.

A.      All cash disbursements journals;

B.      All individual payroll records;

C.      All time records which are the basis of the above-mentioned individual

payroll records;

D.      All State unemployment tax returns as requested by the Trustees;

E.      All records showing Defendants' employees nature and classification of

work, membership of those employees in, or contributions by Defendants

on their behalf to, other trades, crafts, or fringe benefit funds.

DATED: _____*8/5/2008*_____

ENTER: _____*Blanche M. Manning*_____

**HONORABLE JUDGE MANNING**

DONALD D. SCHWARTZ
PHILIP BRZOZOWSKI
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415